The People of the State of New York ex rel. John Rapelje, Appellant, v. Charles J. McKeown, as Town Clerk of the Town of East Fishkill, Dutchess County, N. Y., and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Adolphe Rafter, Respondent, v. The Abbott Press, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Christian H. Rhein, Respondent, v. Richmond Light and Railroad Company, Appellant.—Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor and Miller, JJ.

Lillian V. Rourke, Respondent, v. Peter J. Rutz and Mary Rutz, His Wife, the First Name "Mary" Being Fictitious, etc., Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Solomon S. Schwartz, Appellant, v. Morris Koppelman, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Frank W. Scutt, Respondent, v. Martha Figge, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Matie E. Sheppard, Appellant, v. Alfred Reynolds, Respondent.— Appeal dismissed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Addie W. Silleck, Respondent, v. James W. Silleck, Appellant.— Judgment modified by reducing the alimony to fifty dollars a month, and as thus modified affirmed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John A. Smith and Others, Appellants, v. Elmer A. Holden and Clinton B. Smith, Respondents.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the evidence tending to show want of testamentary capacity was sufficient to present a question for the jury. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Jacob Sommer, Respondent, v. Robert H. E. Elliott, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

South Brooklyn Realty Company, Appellant, v. Casper Iba Construction Company, Respondent.— The commission paid by the plaintiff to the broker for procuring the contract which was broken by the defendant should have been included in the plaintiff's damages, for the reason that the parties had provided by their contract for the payment of such commissions. The commission paid the broker for negotiating a resale in anticipation of the performance of the contract was properly excluded as being too remote, for the reason that the parties could not reasonably be deemed to have contemplated that element of damage. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Rich. JJ., concurred